IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. BUREAU OF LAND MANAGEMENT,** | ) |
| 1849 C Street NW, Rm 2134LM | ) |
| Washington, D.C. 20240 | ) |
| | ) |
| **U.S. DEPARTMENT OF INTERIOR** | ) |
| **OFFICE OF THE SECRETARY,** | ) |
| 1849 C Street, NW | ) |
| Washington, D.C. 20240 | ) |
| | ) |
| **U.S. DEPARTMENT OF INTERIOR,** | ) |
| 1849 C Street, NW | ) |
| Washington, D.C. 20240 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendants U.S. DEPARTMENT OF INTERIOR OFFICE OF THE SECRETARY, U.S. BUREAU OF LAND MANAGEMENT, and U.S. DEPARTMENT OF INTERIOR to conduct reasonable searches, issue determinations, and produce records in response to FOIA requests seeking work calendars for political appointees.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter who has written for *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF INTERIOR OFFICE OF THE SECRETARY is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. BUREAU OF LAND MANAGEMENT is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant U.S. DEPARTMENT OF INTERIOR is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOI is the parent agency of DOI-OS and BLM.

## JURISDICTION AND VENUE

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

7. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 6, 2025 FOIA REQUEST TO DOI-OS—TRAMPE

8. On March 6, 2025, Plaintiff submitted a FOIA request to DOI-OS for the following records:

> The official work calendar, itinerary, or schedule for Katrine Trampe. This request seeks records produced between January 20, 2025, and the date this request is processed.

9. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 1.

10. On March 6, 2025, DOI-OS acknowledged receipt of the FOIA request and assigned reference number DOI-2025-004482 to the matter.  *Id*.

11. On March 10, 2025, DOI-OS stated that the request was assigned to the "normal" processing track "for requests that would generally take six to twenty workdays to process."

12. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

13. On July 1, 2025, Plaintiff sent a follow-up message asking DOI-OS to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps the agency planned to take within the next six months to process

the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter.

14. A true and correct copy of the correspondence is included in Exhibit 3.

15. On July 8, 2025, DOI-OS stated that it would provide an update by close of business on Thursday, July 10, 2025. *Id*.

16. On July 10, 2025, DOI-OS stated that it located approximately 537 pages in response to the request and provided an estimated date of completion of September 1, 2025. *Id*.

17. DOI-OS did not send any further correspondence to Plaintiff regarding this request.

18. As of the date of this filing, DOI-OS has not issued a determination on Plaintiff's request.

19. As of the date of this filing, DOI-OS has failed to make any responsive records promptly available to Plaintiff.

## MARCH 6, 2025 FOIA REQUEST TO DOI-OS—HOLMES

20. On March 6, 2025, Plaintiff submitted a FOIA request to DOI-OS for the following records:

> The official work calendar, itinerary, or schedule for political appointee Stephanie Holmes. This request seeks records produced between January 20, 2025, and the date this request is processed.

21. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 4.

22. On March 6, 2025, DOI-OS acknowledged receipt of the FOIA request and assigned reference number DOI-2025-004483 to the matter. *Id*.

23. On March 10, 2025, DOI-OS stated that the request was assigned to the "normal" processing track "for requests that would generally take six to twenty workdays to process."

24. A true and correct copy of the acknowledgement letter is attached as Exhibit 5.

25. On July 1, 2025, Plaintiff sent a follow-up message asking DOI-OS to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps the agency planned to take within the next six months to process the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter. Ex. 3.

26. On July 8, 2025, DOI-OS stated that it would provide an update by close of business on Thursday, July 10, 2025. *Id*.

27. On July 10, 2025, DOI-OS stated that it located approximately 431 pages in response to the request and provided an estimated date of completion of September 1, 2025. *Id*.

28. DOI-OS did not send any further correspondence to Plaintiff regarding this request.

29. As of the date of this filing, DOI-OS has not issued a determination on Plaintiff's request.

30. As of the date of this filing, DOI-OS has failed to make any responsive records promptly available to Plaintiff.

**MARCH 6, 2025 FOIA REQUEST TO DOI-OS—CURRY ET AL.**

31. On March 6, 2025, Plaintiff submitted a FOIA request to DOI-OS for the following records:

> The official work calendars, itineraries, or schedules for the following political appointees:
>
> Paris Curry
>
> James Nelson
>
> Thomas Baptiste
>
> Laura Rigas
>
> Andrea Travnicek
>
> Kailyn Mahoney

        Daniel Gustafson

        Ashley Johnson

        Charles Dankert

        Peter Lake

        Murray Miller

        Matthew Middleton

        Deirdre Kohlrus

        Richard Goldberg

        This request seeks records produced between January 20, 2025 and the date this request is processed.

32. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 6.

33. On March 6, 2025, DOI-OS acknowledged receipt of the FOIA request and assigned reference number DOI-2025-004484 to the matter. *Id*.

34. On March 11, 2025, DOI-OS stated that the request was assigned to the "complex" processing track "for requests that would generally take twenty-one to sixty workdays to process."

35. A true and correct copy of the acknowledgement letter is attached as Exhibit 7.

36. On July 1, 2025, Plaintiff sent a follow-up message asking DOI-OS to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps the agency planned to take within the next six months to process the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter. Ex. 3.

37. On July 8, 2025, DOI-OS stated that it would provide an update by close of business on Thursday, July 10, 2025. *Id*.

38. On July 10, 2025, DOI-OS stated that it located approximately 2,500 pages in response to the request but "can't speak to an [estimated time of arrival]." *Id*.

39. The parties conferred to narrow the scope of the request on a phone call.

40. On August 25, 2025, DOI-OS confirmed that the estimated page count remained around 2,500 pages. *Id*.

41. DOI-OS did not send any further correspondence to Plaintiff regarding this request.

42. As of the date of this filing, DOI-OS has not issued a determination on Plaintiff's request.

43. As of the date of this filing, DOI-OS has failed to make any responsive records promptly available to Plaintiff.

**MARCH 13, 2025 FOIA REQUEST TO BLM**

44. On March 13, 2025, Plaintiff submitted a FOIA request to BLM for the following records:

> Congressional correspondence to the agency with the following date and subject as well as the agency's response(s):
>
> 3/27/2020 Request for Flexibility with Grazing Permits
>
> 4/1/2020 Royalty relief for essential industries impacted by the COVID-19 pandemic
>
> 8/13/2020 Repurposing of Federally-Reserved Taylor Grazing Districts for Wildlife Rewilding
>
> 8/23/2021 Request for Grazing Program Flexibility in Light of Drought Conditions
>
> 11/3/2021 Constituent concern—American Prairie Reserve and grazing access
>
> 11/12/2021 Palmerita Ranch grazing allotment
>
> 12/17/2021 Constituent concern—grazing permit requirements
>
> 1/12/2022 Constituent concern—Grazing permit transfer

    4/6/2022 Extend protest and appeal period re: grazing allotments in Montana

    4/26/2022 Constituent concern (Daines)—grazing rotations

    5/19/2022 Grazing permits

    10/31/2022 APR Grazing

    5/15/2023 Withdraw proposed Public Lands Rule

    5/15/2023 Opposition to Proposed Rule "Conservation and Landscape Health" (Public Lands Rule)/public comment

    5/18/2023 Public Lands Rule/Conservation and Landscape Health Rule/Impacts to Small Business Interests

    6/23/2023 Public Lands Rule Impact on Ranchers and Rural Communities

    8/15/2023 Cattle grazing on BLM land in eastern Washington State

    9/6/2023 Request to hold American Prairie Reserve Grazing Proposal appeals hearing in Malta, MT

    5/2/2024 Oppose designating monument status to the Dolores River corridor—Colorado

    12/16/2024 Federal Resource Management Plan Updates to Colorado's Wolf Plan

45. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 8.

46. On March 13, 2025, BLM acknowledged receipt of the FOIA request and assigned reference number DOI-2025-004692 to the matter. *Id*.

47. On July 1, 2025, Plaintiff sent a follow-up message asking BLM to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps BLM planned to take within the next six months to process the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter.

48. A true and correct copy of the correspondence is attached as Exhibit 9.

49. On July 1, 2025, BLM stated that the request was "with the program office currently conducting a search" and that the Bureau was experiencing "staff shortages and other unforeseen circumstances." *Id*.

50. BLM did not send any further correspondence to Plaintiff regarding this request.

51. As of the date of this filing, BLM has not issued a determination on Plaintiff's request.

52. As of the date of this filing, BLM has failed to make any responsive records promptly available to Plaintiff.

### MARCH 22, 2025 FOIA REQUEST TO DOI-OS

53. On March 22, 2025, Plaintiff submitted a FOIA request to DOI-OS for the following records:

> Any official calendars or work schedules for the following political appointees:
>
> Karen Budd Falen
>
> JoDee Hanson
>
> Gregory Wischer
>
> Brittany Kelm
>
> Matthew Schafle
>
> Katherine Gonza
>
> Kelly Rael
>
> Nicholas Duber
>
> This request seeks records produced since January 20, 2025.

54. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 10.

55.     On March 22, 2025, DOI-OS acknowledged receipt of the request and assigned reference number DOI-2025-004924 to the matter. *Id*.

56.     On March 25, 2025, DOI-OS stated that the request was assigned to the "complex" processing track "for requests that would generally take twenty-one to sixty workdays to process."

57.     A true and correct copy of the acknowledgement letter is attached as Exhibit 11.

58.     On July 1, 2025, Plaintiff sent a follow-up message asking DOI-OS to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps the agency planned to take within the next six months to process the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter. Ex. 3.

59.     On July 8, 2025, DOI-OS stated that it would provide an update by close of business on Thursday, July 10, 2025. *Id*.

60.     On July 10, 2025, DOI-OS stated that it located approximately 700 pages in response to the request but "can't speak to an [estimated time of arrival]." *Id*.

61.     DOI-OS did not send any further correspondence to Plaintiff regarding this request.

62.     As of the date of this filing, DOI-OS has not issued a determination on Plaintiff's request.

63.     As of the date of this filing, DOI-OS has failed to make any responsive records promptly available to Plaintiff.

## APRIL 1, 2025 FOIA REQUEST TO DOI-OS

64.     On April 1, 2025, Plaintiff submitted a FOIA request to DOI-OS for the following records:

> The official work calendar or schedule for Adam Suess, an Interior Department political appointee. This request seeks records produced since January 20 to the date this request is processed.

65. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 12.

66. On April 2, 2025, DOI-OS acknowledged receipt of the request and assigned reference number DOI-2025-005407 to the matter. *Id*.

67. On April 7, 2025, DOI-OS stated that the request was assigned to the "normal" processing track "for requests that would generally take six to twenty workdays to process."

68. A true and correct copy of the acknowledgement letter is attached as Exhibit 13.

69. On July 1, 2025, Plaintiff sent a follow-up message asking DOI-OS to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps the agency planned to take within the next six months to process the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter. Ex. 3.

70. On July 8, 2025, DOI-OS stated that it would provide an update by close of business on Thursday, July 10, 2025. *Id*.

71. On July 10, 2025, DOI-OS stated that it located approximately 250 pages in response to the request and provided an estimated date of completion of September 1, 2025. *Id*.

72. DOI-OS did not send any further correspondence to Plaintiff regarding this request.

73. As of the date of this filing, DOI-OS has not issued a determination on Plaintiff's request.

74. As of the date of this filing, DOI-OS has failed to make any responsive records promptly available to Plaintiff.

## MAY 2, 2025 FOIA REQUEST TO DOI-OS

75. On May 2, 2025, Plaintiff submitted a FOIA request to DOI-OS for the following records:

> The official work calendar, itinerary, or schedule for Tyler Hassen. This includes any calendars that are maintained on telephones, Google or Microsoft platforms, work computers or other devices, as well as copies of any calendars maintained in paper or hard copy form. This request seeks records produced between February 7, 2025, and the date this request is processed.

76. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 14.

77. On May 5, 2025, DOI-OS acknowledged receipt of the request and assigned reference number DOI-2025-006301 to the matter. *Id*.

78. On May 9, 2025, DOI-OS stated that the request was assigned to the "normal" processing track "for requests that would generally take six to twenty workdays to process."

79. A true and correct copy of the acknowledgement letter is attached as Exhibit 15.

80. On July 1, 2025, Plaintiff sent a follow-up message asking DOI-OS to provide an estimated date of completion for the request, as well as explain what steps had been taken to process the request, what steps the agency planned to take within the next six months to process the request and when those steps would be taken, and confirm whether the search for records had been completed and if an analyst had been assigned to the matter. Ex. 3.

81. On July 8, 2025, DOI-OS stated that it would provide an update by close of business on Thursday, July 10, 2025. *Id*.

82. On July 10, 2025, DOI-OS stated that it located approximately 1,900 pages in response to the request but "can't speak to an [estimated time of arrival]." *Id*.

83. The parties conferred by phone to narrow the scope of the request.

84. On August 25, 2025, DOI-OS confirmed that the estimated page count was approximately 400 pages. *Id*.

85. DOI-OS did not send any further correspondence to Plaintiff regarding this request.

86. As of the date of this filing, DOI-OS has not issued a determination on Plaintiff's request.

87. As of the date of this filing, DOI-OS has failed to make any responsive records promptly available to Plaintiff.

### COUNT I – DOI-OS'S FOIA VIOLATION
### MARCH 6, 2025 FOIA REQUEST TO DOI-OS—TRAMPE

88. Paragraphs 1-87 are incorporated by reference.

89. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

90. Defendant DOI-OS is a federal agency subject to FOIA.

91. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

92. Defendant DOI-OS has failed to conduct a reasonable search for records responsive to the request.

93. Defendant DOI-OS has failed to issue a determination within the statutory deadline.

94. Defendant DOI-OS has failed to produce all non-exempt records responsive to the request.

### COUNT II – DOI-OS'S FOIA VIOLATION
### MARCH 6, 2025 FOIA REQUEST TO DOI-OS—HOLMES

95. Paragraphs 1-87 are incorporated by reference.

96. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

97. Defendant DOI-OS is a federal agency subject to FOIA.

98. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

99. Defendant DOI-OS has failed to conduct a reasonable search for records responsive to the request.

100. Defendant DOI-OS has failed to issue a determination within the statutory deadline.

101. Defendant DOI-OS has failed to produce all non-exempt records responsive to the request.

**COUNT III – DOI-OS'S FOIA VIOLATION**
**MARCH 6, 2025 FOIA REQUEST TO DOI-OS—CURRY ET AL.**

102. Paragraphs 1-87 are incorporated by reference.

103. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

104. Defendant DOI-OS is a federal agency subject to FOIA.

105. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

106. Defendant DOI-OS has failed to conduct a reasonable search for records responsive to the request.

107. Defendant DOI-OS has failed to issue a determination within the statutory deadline.

108. Defendant DOI-OS has failed to produce all non-exempt records responsive to the request.

**COUNT IV – BLM'S FOIA VIOLATION**
**MARCH 13, 2025 FOIA REQUEST TO BLM**

109. Paragraphs 1-87 are incorporated by reference.

110. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

111. Defendant BLM is a federal agency subject to FOIA.

112. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

113. Defendant BLM has failed to conduct a reasonable search for records responsive to the request.

114. Defendant BLM has failed to issue a determination within the statutory deadline.

115. Defendant BLM has failed to produce all non-exempt records responsive to the request.

### COUNT V – DOI-OS'S FOIA VIOLATION
### MARCH 22, 2025 FOIA REQUEST TO DOI-OS

116. Paragraphs 1-87 are incorporated by reference.

117. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

118. Defendant DOI-OS is a federal agency subject to FOIA.

119. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

120. Defendant DOI-OS has failed to conduct a reasonable search for records responsive to the request.

121. Defendant DOI-OS has failed to issue a determination within the statutory deadline.

122. Defendant DOI-OS has failed to produce all non-exempt records responsive to the request.

## COUNT VI – DOI-OS'S FOIA VIOLATION
## APRIL 1, 2025 FOIA REQUEST TO DOI-OS

123. Paragraphs 1-87 are incorporated by reference.

124. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

125. Defendant DOI-OS is a federal agency subject to FOIA.

126. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

127. Defendant DOI-OS has failed to conduct a reasonable search for records responsive to the request.

128. Defendant DOI-OS has failed to issue a determination within the statutory deadline.

129. Defendant DOI-OS has failed to produce all non-exempt records responsive to the request.

## COUNT VII – DOI-OS'S FOIA VIOLATION
## MAY 2, 2025 FOIA REQUEST TO DOI-OS

130. Paragraphs 1-87 are incorporated by reference.

131. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

132. Defendant DOI-OS is a federal agency subject to FOIA.

133. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

134. Defendant DOI-OS has failed to conduct a reasonable search for records responsive to the request.

135. Defendant DOI-OS has failed to issue a determination within the statutory deadline.

136. Defendant DOI-OS has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: September 22, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com